UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE RICHARD MUSGRAVE BYPASS TRUST, BY HARRY D. KRAUSE, TRUSTEE,<br><br>  Plaintiff,<br><br>  v.<br><br>PEGGY B MUSGRAVE, et al.,<br><br>  Defendants. | Case No. 15-CV-02280-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Erin Kolko and Thomas Krause
Defendants Peggy Musgrave and Pamela Clyne's Attorney: Stephen Picone
Defendants Dennis Book and Book & Book, LLP's Attorney: James Farrar
Third-Party Defendant Minda Parrish's Attorney: Brian Slome

  An initial case management conference was held on October 29, 2015.  A further case management conference is set for January 28, 2016 at 1:30 p.m.  The parties shall file their joint case management statement by January 21, 2016.

  Ms. Kolko shall file her notice of appearance by October 30, 2015.

  By November 5, 2015, the parties shall file a stipulation regarding the deposition dates for Minda Parrish and Dennis Book.  The depositions of Ms. Parrish and Mr. Book shall be scheduled on consecutive days.

  The Court referred the parties to a settlement conference with Magistrate Judge Cousins

1

Case No. 15-CV-02280-LHK
CASE MANAGEMENT ORDER

with a deadline of January 8, 2016.  The parties consented to have Judge Cousins serve as the settlement conference judge and the discovery referral judge in this matter.  All parties' counsel indicated at the Case Management Conference that they would be available for a settlement conference with Judge Cousins on December 15, 2015 or December 18, 2015.  By November 5, 2015, Minda Parrish shall file a statement indicating her availability and that of her insurance carrier to participate in a settlement conference on either December 15, 2015 or December 18, 2015.  The parties shall contact Judge Cousins' Courtroom Deputy to schedule their settlement conference as soon as possible.

Within one week after the settlement conference, the parties shall file a joint settlement status update indicating whether the case has settled.

The discovery limits of the Federal Rules of Civil Procedure shall apply in this case.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Deadline to Complete Mediation | January 8, 2016 |
| Further Case Management Conference | January 28, 2016 at 1:30 p.m. |
| Last Day to File a Motion to Amend the Pleadings | February 12, 2016 |
| Opening Expert Reports | June 9, 2016 |
| Rebuttal Expert Reports | June 30, 2016 |
| Close of Fact and Expert Discovery | July 21, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | Motions: September 22, 2016<br>Oppositions: October 6, 2016<br>Replies: October 13, 2016 |
| Hearing on Dispositive Motions | November 3, 2016 at 1:30 p.m. |
| Final Pretrial Conference | December 15, 2016 at 1:30 p.m. |
| Jury/Bench Trial | January 23, 2017 at 9:00 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated: October 29, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2
Case No. 15-CV-02280-LHK
CASE MANAGEMENT ORDER