UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE RICHARD MUSGRAVE BYPASS TRUST, BY HARRY D. KRAUSE, TRUSTEE,<br><br>   Plaintiff,<br><br>   v.<br><br>PEGGY B MUSGRAVE, et al.,<br><br>   Defendants. | Case No. 15-CV-02280-LHK<br><br>**ORDER REGARDING THE FILING OF A STIPULATION OF DISMISSAL** |

The parties filed a settlement status update on December 22, 2015 indicating that the case between Plaintiff and Defendants Peggy Musgrave and Defendant Pamela Clyne had settled. ECF No. 88. The parties filed a notice of settlement as to Third-Party Defendant Minda Parrish on January 29, 2016. ECF No. 97. Parrish has filed a motion to dismiss, which is set for a hearing on February 25, 2016. ECF No. 72.

If the parties do not file a stipulation of dismissal of this action in its entirety prior to February 18, 2016, the hearing on Parrish's pending motion to dismiss and the case management conference will remain as set on February 25, 2016 at 1:30 p.m.

**IT IS SO ORDERED.**

1

Case No. 15-CV-02280-LHK
ORDER REGARDING THE FILING OF A STIPULATION OF DISMISSAL

Dated: February 3, 2016

_____
LUCY H. KOH
United States District Judge