United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE RICHARD MUSGRAVE BYPASS TRUST, BY HARRY D. KRAUSE, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS R BOOK, et al.,<br><br>Defendants. | Case No. 15-CV-02280-LHK<br><br>**ORDER DISMISSING DEFENDANTS DENNIS R. BOOK AND BOOK & BOOK, LLP WITH PREJUDICE** |

In the Court's November 10, 2015 Order Granting Motion to Dismiss ("November 10 Order"), the Court dismissed all causes of action against Defendants Dennis R. Book and Book & Book, LLP (collectively, the "Book Defendants"). ECF No. 73. The Court stated that failure to file an Amended Complaint within 30 days of the November 10 Order would result in dismissal of the Book Defendants with prejudice. *Id.* More than 30 days have passed since the November 10 Order, and no Amended Complaint has been filed. Accordingly, the Court DISMISSES the Book Defendants with prejudice.

**IT IS SO ORDERED.**

1
Case No. 15-CV-02280-LHK
ORDER DISMISSING DEFENDANTS DENNIS R. BOOK AND BOOK & BOOK, LLP WITH PREJUDICE

Dated: February 19, 2016

_____
LUCY H. KOH
United States District Judge

2
Case No. 15-CV-02280-LHK
ORDER DISMISSING DEFENDANTS DENNIS R. BOOK AND BOOK & BOOK, LLP WITH PREJUDICE